# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANITA DAILEY-ADAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cv-02602-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ALBERTSON'S LLC, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated October 6, 2017, required the parties to file a Joint Status Report no later than November 5, 2017. *See* ECF No. 2. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **November 20, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 13th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge