# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANITA DAILEY-ADAMS,

    Plaintiff,

vs.

ALBERTSON'S LLC,

    Defendant.

Case No. 2:17-cv-02602-GMN-GWF

**ORDER**

This matter is before the Court on the parties' proposed Joint Stipulated Discovery Plan and Scheduling Order (ECF No. 8), filed on December 11, 2017.

The parties' proposed discovery plan contains internal errors that are not consistent with the docket. Specifically, the parties state that "Alliance [sic] appeared on July 11, 2016 by filing an Answer." However, the only Defendant in this action is Albertson's LLC and this litigation did not commence until Plaintiff filed her Complaint on August 30, 2017. *See Petition for Removal* (ECF No. 1), Exhibit A. At this juncture, Defendant has not answered or otherwise responded to Plaintiff's complaint aside from filing its Petition for Removal—which does not contain an answer. Therefore, the parties' proposed discovery plan and scheduling order is premature. Accordingly,

**IT IS HEREBY ORDERED** that the parties' proposed Joint Stipulated Discovery Plan and Scheduling Order (ECF No. 8) is **denied** without prejudice.

DATED this 12th day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge