1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Xiao Wen Jin, Esq.
   Nevada State Bar No. 13901
3  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
4  Las Vegas, NV 89117
   (702) 872-5555
5  (702) 872-5545
   jburden@backuslaw.com
6  shirleyjin@backuslaw.com

7  Attorneys for Defendant
   *Albertson's LLC*

8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANITA DAILEY-ADAMS, individually, | **Case No. 2:17-cv-02602-GMN-GWF** |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |
| ALBERTSON'S LLC; DOES I through X; inclusive; ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 26-4, Defendant Albertson's LLC  ("Defendant"), by and through its counsel of record, BACKUS, CARRANZA & BURDEN, and Plaintiff Danita Dailey-Adams ("Plaintiff"), by and through her counsel of record, BERTOLDO BAKER CARTER & SMITH, hereby stipulate and agree to an extension of all remaining discovery deadlines by ninety (90) days.  The parties propose the following revised discovery plan:

## DISCOVERY COMPLETED TO DATE

The parties conducted an Initial Disclosure Conference pursuant to LR 26-1 and Fed. R.

1  Civ. P. 26(f) on November 28, 2017.  In December 2017, the parties served their initial

2  disclosure of documents and the names of individuals with knowledge of the facts pertaining to

3  the claims set forth in this matter pursuant to Fed. R. Civ. P. 26(a)(1).  On February 28, 2018,

4  Defendant propounded interrogatories and requests for production of documents upon Plaintiff.

5  On March 29, 2018, Plaintiff responded to Defendant's written discovery requests.

## DISCOVERY TO BE COMPLETED

The parties will propound additional written discovery.  Deposition of Plaintiff, representatives of Defendant, and other percipient witnesses remain to be taken.  Defendant also anticipates deposing Plaintiff's medical providers.  The parties are also expected to disclose and depose experts.

## REASONS FOR EXTENSION TO COMPETE DISCOVERY

A discovery extension is needed in this case because Plaintiff has only recently completed her surgery which caused delay to her deposition and the depositions of her treating physicians.  Thus, the parties respectfully request a ninety (90) day extension of the remaining discovery deadlines as detailed below.  This request is made in good faith and not for the purpose of delay.

## PROPOSED NEW DISCOVERY DEADLINES

**Deadline to Amend Pleadings/Add Parties:**
　　Currently:　March 27, 2018
　　**Proposed:　N/A**

**Interim Status Report:**
　　Currently:　April 26, 2018
　　**Proposed:　July 25, 2018**

**Initial Expert Disclosure Deadline:**
　　Currently:　April 26, 2018
　　**Proposed:　July 25, 2018**

**Rebuttal Expert Disclosure Deadline:**
　　Currently:　May 28, 2018

2

**Proposed:** **August 27, 2018**

**Discovery Deadline:**
Currently: June 25, 2018
**Proposed:** **September 24, 2018**

**Deadline to File Dispositive Motions:**
Currently: July 25, 2018
**Proposed:** **October 23, 2018**

**Pre-Trial Order Deadline:**
Currently: August 24, 2018
**Proposed:** **November 22, 2018**

DATED: April 17, 2018                          DATED: April 17, 2018

**BACKUS, CARRANZA & BURDEN**                  **BERTOLDO BAKER CARTER & SMITH**

/s/ Jack P. Burden                             /s/ Lawrence J. Smith
Jack P. Burden, Esq.                           Lawrence J. Smith, Esq.
Xiao Wen Jin, Esq.                             7408 W. Sahara Avenue
3050 South Durango Drive                       Las Vegas, NV 89117
Las Vegas, NV 89117                            Attorney for Plaintiff
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: this 18th day of April 2018

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE