1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Xiao Wen Jin, Esq.
   Nevada State Bar No. 13901
3  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
4  Las Vegas, NV 89117
   T: (702) 872-5555
5  F: (702) 872-5545
   jburden@backuslaw.com
6  shirleyjin@backuslaw.com

7  Attorneys for Defendant
   *Albertson's LLC*

8

9              **UNITED STATES DISTRICT COURT**

               **DISTRICT OF NEVADA**
10

11  DANITA DAILEY-ADAMS, individually,      | **Case No. 2:17-cv-02602-GMN-GWF**

12              Plaintiffs,

13      vs.                                  **STIPULATION AND ORDER TO**
                                             **EXTEND DISCOVERY DEADLINES**
14  ALBERTSON'S LLC; DOES I through X;       **(SECOND REQUEST)**
    inclusive; ROE BUSINESS ENTITIES I
15  through X, inclusive,

16              Defendants.

17

18      In accordance with Local Rules of Practice for the United States District Court for the

19  District of Nevada ("LR") 26-4, Defendant Albertson's LLC  ("Defendant"), by and through its

20  counsel of record, BACKUS, CARRANZA & BURDEN, and Plaintiff Danita Dailey-Adams

21  ("Plaintiff"), by and through her counsel of record, BERTOLDO BAKER CARTER & SMITH, hereby

22  stipulate and agree to an extension of all remaining discovery deadlines by sixty (60) days.  The

23  parties propose the following revised discovery plan:

24                      **DISCOVERY COMPLETED TO DATE**

25      The parties conducted an Initial Disclosure Conference pursuant to LR 26-1 and Fed. R.

                                    1

Civ. P. 26(f) on November 28, 2017.  In December 2017, the parties served their initial disclosure of documents and the names of individuals with knowledge of the facts pertaining to the claims set forth in this matter pursuant to Fed. R. Civ. P. 26(a)(1).  On February 28, 2018, Defendant propounded interrogatories and requests for production of documents upon Plaintiff. On March 29, 2018, Plaintiff responded to Defendant's written discovery requests.  Plaintiff's deposition was taken on May 7, 2018.  The parties have made their initial expert disclosures on July 25, 2018.

## DISCOVERY TO BE COMPLETED

The parties intend to depose representatives of Defendant, other percipient witnesses, Plaintiff's medical providers and experts.

## REASONS FOR EXTENSION TO COMPETE DISCOVERY

A mediation is scheduled for September 13, 2018.  Thus, the parties seek a brief sixty-day extension of the remaining discover deadlines to seek successful resolution of this case.  This request is made in good faith and not for the purpose of delay.

## PROPOSED NEW DISCOVERY DEADLINES

**Deadline to Amend Pleadings/Add Parties:**
    Currently:    March 27, 2018
    **Proposed:**    **N/A**

**Interim Status Report:**
    Currently:    July 25, 2018
    **Proposed:**    **N/A**

**Initial Expert Disclosure Deadline:**
    Currently:    July 25, 2018
    **Proposed:**    **N/A**

**Rebuttal Expert Disclosure Deadline:**
    Currently:    August 27, 2018
    **Proposed:**    **October 26, 2018**

///

**Discovery Cutoff:**
     Currently:    September 24, 2018
     **Proposed:**    **November 23, 2018**

**Deadline to File Dispositive Motions:**
     Currently:    October 23, 2018
     **Proposed:**    **December 21, 2018**

**Pre-Trial Order Deadline:**
     Currently:    November 22, 2018
     **Proposed:**    **January 21, 2019**

DATED: __August 15, 2018__           DATED: __August 15, 2018__

**BACKUS, CARRANZA & BURDEN**       **BERTOLDO BAKER CARTER & SMITH**

/s/ Jack P. Burden                /s/ Lawrence J. Smith
Jack P. Burden, Esq.            Lawrence J. Smith, Esq.
Xiao Wen Jin, Esq.             7408 W. Sahara Avenue
3050 South Durango Drive       Las Vegas, NV 89117
Las Vegas, NV 89117          Attorney for Plaintiff
Attorneys for Defendant

### ORDER

IT IS SO ORDERED.

DATED: this 16th day of August, 2018.

_George Foley Jr._

UNITED STATES MAGISTRATE JUDGE

3