Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANITA DAILEY-ADAMS, individually, | Case No. 2:17-cv-02602-GMN-GWF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S, LLC; DOES I through X; inclusive; ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff DANITA DAILEY-ADAMS by and through her attorney of record Lawrence Smith, Esq. of BERTOLDO BAKER CARTER & SMITH and Defendant ALBERTSON'S LLC by and through their attorney of record Jack P. Burden, Esq. of BACKUS CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above entitled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

1

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: 10-1-18

**BACKUS, CARRANZA & BURDEN**

_____
JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
jburden@backuslaw.com
T: 702.872-5555
F: 702.872-5545
*Attorneys for Defendant*
*Albertson's LLC*

DATED: 9-25-18

**BERTOLDO BAKER CARTER & SMITH**

_____
LAWRENCE SMITH, ESQ.
7408 West Sahara Avenue
Las Vegas, NV 89117
Lawre3@NVLegalJustice.com
T: 702.228.2600
F: 702.228.2333
*Attorneys for Plaintiff*
*Danita Dailey-Adams*

## ORDER

**IT IS SO ORDERED**:

DATED this  1  day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted,

**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant *Albertson's LLC*